**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HB FEEDER, LLC, | CASE NO.: 1:25-CV-04023 |
| PLAINTIFF, | |
| V. | JUDGE MATTHEW F. KENNELLY |
| THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A, | MAGISTRATE JUDGE M. DANIEL P. MCLAUGHLIN |
| DEFENDANTS. | |

## EXHIBIT 1 TO THE AMENDED COMPLAINT

**HB FEEDER, LLC**

**EXHIBIT 1**                                    **TRADEMARK REGISTRATION**

Digitally Signed By: United States Patent and Trademark Office
Location: United States Patent and Trademark Office
Date: 2022.08.15 16:13:45 -04'00'

# United States of America
## United States Patent and Trademark Office

# Lil Sweety

**Reg. No. 6,835,406**

**Registered Aug. 30, 2022**

**Int. Cl.: 21**

**Trademark**

**Principal Register**

HB Feeder, LLC  (MICHIGAN LIMITED LIABILITY COMPANY)
7024 Nollar Rd.
Whitmore Lake, MICHIGAN 48189

CLASS 21: Bird feeders

FIRST USE 2-17-2010; IN COMMERCE 2-17-2010

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO
ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-769,676, FILED 06-11-2021





Director of the United States
Patent and Trademark Office

