**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HB FEEDER, LLC, <br><br> PLAINTIFF, <br><br> V. <br><br> THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A, <br><br> DEFENDANTS. | CASE NO.: 1:25-CV-04023 <br><br> JUDGE MATTHEW F. KENNELLY <br><br> MAGISTRATE JUDGE M. DANIEL P. MCLAUGHLIN |

# EXHIBIT 2 TO THE AMENDED COMPLAINT

# HB Feeder, LLC

**Exhibit 2**                                          **Copyright Registrations**

| LSY-1 (VA 2-406-720) | LSY-5 (VA 2-406-721) | LSY-8 (VA 2-406-723) |
|---|---|---|



| LSY-19 (VA 2-406-729) | LSY-28 (VA 2-406-729) | LSY-29 (VA 2-406-729) |
|---|---|---|



| | LSY-Video-1 (PAu 4-231-921) | |
|---|---|---|



HB Feeder, LLC

**Exhibit 2**                                                                                       **Copyright Registrations**

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-406-720**
**Effective Date of Registration:**
August 07, 2024
**Registration Decision Date:**
August 07, 2024

## Title

Title of Work: LSY-1

## Completion/Publication

Year of Completion: 2015
Date of 1st Publication: June 15, 2015
Nation of 1st Publication: United States

## Author

- Author: HB Feeder, LLC
  Author Created: photograph
  Work made for hire: Yes
  Citizen of: United States

## Copyright Claimant

Copyright Claimant: HB Feeder, LLC
7024 Nollar Rd., Whitmore Lake, MI, 48189, United States

## Rights and Permissions

Organization Name: HB Feeder, LLC
Address: 7024 Nollar Rd.
Whitmore Lake, MI 48189 United States

## Certification

Name: Jessica Delos Santos
Date: August 07, 2024

Page 1 of 2

HB Feeder, LLC

**Exhibit 2**                                                             **Copyright Registrations**

---

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-406-721**
Effective Date of Registration: August 07, 2024
Registration Decision Date: August 07, 2024

## Title

Title of Work: LSY-5

## Completion/Publication

Year of Completion: 2016
Date of 1st Publication: December 15, 2016
Nation of 1st Publication: United States

## Author

- Author: HB Feeder, LLC
  Author Created: photograph
  Work made for hire: Yes
  Citizen of: United States

## Copyright Claimant

Copyright Claimant: HB Feeder, LLC
7024 Nollar Rd., Whitmore Lake, MI, 48189, United States

## Rights and Permissions

Organization Name: HB Feeder, LLC
Address: 7024 Nollar Rd.
Whitmore Lake, MI 48189 United States

## Certification

Name: Jessica Delos Santos
Date: August 07, 2024

Page 1 of 2

HB Feeder, LLC

Exhibit 2                                                                                          Copyright Registrations

## Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-406-723**
Effective Date of Registration: August 07, 2024
Registration Decision Date: August 07, 2024

### Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published: June 15, 2020 to October 15, 2020

### Title

- Title of Group: Lil Sweety 2020
- Number of Photographs in Group: 7

- Individual Photographs: LSY-22
  Published: June 2020

- Individual Photographs: LSY-8, LSY-15
  Published: July 2020

- Individual Photographs: LSY-31, LSY-32
  Published: August 2020

- Individual Photographs: LSY-49, LSY-50
  Published: October 2020

### Completion/Publication

- Year of Completion: 2020
- Earliest Publication Date in Group: June 15, 2020
- Latest Publication Date in Group: October 15, 2020
- Nation of First Publication: United States

### Author

- Author: HB Feeder, LLC
  Author Created: photographs
  Work made for hire: Yes

Page 1 of 2

# HB Feeder, LLC

**Exhibit 2**                                                               **Copyright Registrations**

Citizen of: United States

## Copyright Claimant

Copyright Claimant: HB Feeder, LLC
7024 Nollar Rd., Whitmore Lake, MI, 48189, United States

## Rights and Permissions

Organization Name: HB Feeder, LLC
Address: 7024 Nollar Rd.
Whitmore Lake, MI 48189 United States

## Certification

Name: Jessica Delos Santos
Date: August 07, 2024

---

Correspondence: Yes
Copyright Office notes: Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Page 2 of 2

**HB Feeder, LLC**

**Exhibit 2**                                                                                         **Copyright Registrations**



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-406-729**
**Effective Date of Registration:**
August 07, 2024
**Registration Decision Date:**
August 07, 2024



## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published: February 15, 2019 to August 15, 2019

### Title 

- **Title of Group:** Lil Sweety 2019
- **Number of Photographs in Group:** 7

- **Individual Photographs:** LSY-28, LSY-29
  **Published:** February 2019

- **Individual Photographs:** LSY-17, LSY-18, LSY-19, LSY-20, LSY-21
  **Published:** August 2019

### Completion/Publication

- **Year of Completion:** 2019
- **Earliest Publication Date in Group:** February 15, 2019
- **Latest Publication Date in Group:** August 15, 2019
- **Nation of First Publication:** United States

### Author

- **Author:** HB Feeder, LLC
  **Author Created:** photographs
  **Work made for hire:** Yes
  **Citizen of:** United States

### Copyright Claimant

Page 1 of 2

HB FEEDER, LLC

EXHIBIT 2                                          COPYRIGHT REGISTRATIONS

Copyright Claimant: HB Feeder, LLC
7024 Nollar Rd., Whitmore Lake, MI, 48189, United States

**Rights and Permissions**

Organization Name: HB Feeder, LLC
Address: 7024 Nollar Rd.
Whitmore Lake, MI 48189 United States

**Certification**

Name: Jessica Delos Santos
Date: August 07, 2024

Correspondence: Yes
Copyright Office notes: Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Page 2 of 2

HB Feeder, LLC

**Exhibit 2**                                                **Copyright Registrations**

## Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**PAu 4-231-921**
Effective Date of Registration: August 08, 2024
Registration Decision Date: August 09, 2024

### Title
Title of Work: LSY-Video-1

### Completion/Publication
Year of Completion: 2018

### Author
- Author: HB Feeder, LLC
- Author Created: entire motion picture
- Work made for hire: Yes
- Citizen of: United States

### Copyright Claimant
Copyright Claimant: HB Feeder, LLC
7024 Nollar Rd., Whitmore Lake, MI, 48189, United States

### Rights and Permissions
Organization Name: HB Feeder, LLC
Address: 7024 Nollar Rd.
Whitmore Lake, MI 48189 United States

### Certification
Name: Jessica Delos Santos
Date: August 08, 2024

Page 1 of 2