UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HB Feeder, LLC, <br><br> Plaintiff, <br><br> v. <br><br> The Partnerships Identified On Schedule A, <br><br> Defendants. | Case No.: 25-cv-04023 <br><br> Judge Matthew F. Kennelly |

## PRELIMINARY INJUNCTION ORDER

THIS CAUSE being before the Court on Plaintiff, HB Feeder, LLC's ("HBF" or "Plaintiff") Motion for a Preliminary Injunction against the defendants identified on the Amended Schedule A (collectively, the "Defendants") and at least using the online marketplace accounts identified therein (the "Defendant Internet Stores" or "Seller Aliases"), and this Court having heard the evidence before it hereby GRANTS Plaintiff's *Ex Parte* Motion in its entirety.

THIS COURT HEREBY FINDS that it has personal jurisdiction over the Defendants since the Defendants directly target their business activities toward consumers in the United States, including Illinois. "In the context of cases like this one, that means a plaintiff must show that each defendant is actually operating an interactive website that is accessible in Illinois and that each defendant has aimed such site at Illinois by standing ready, willing and able to ship its counterfeit goods to customers in Illinois in particular (or otherwise has some sufficient voluntary contacts with the state)." *Am. Bridal & Prom Indus. Ass'n v. P'ships & Unincorporated Ass'ns Identified on Schedule A*, 192 F.Supp.3d 924, 934 (N.D. Ill. 2016). In this case, Plaintiff has presented screenshot evidence that each Defendant is reaching out to do business with Illinois residents by

1

operating one or more commercial, interactive Internet Stores through which Illinois residents can and do purchase products using counterfeit versions of Plaintiffs' Trademarks and Copyrights. *See* [19], Exhibit 3 to the Declaration in Support of the Motion for Temporary Restraining Order, which includes screenshot evidence confirming that each defendant online marketplace account does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of: the Lil Sweety Trademark, which is a federally registered trademark, and which has been filed as Exhibit 1 to the Amended Complaint (referred to as the "Lil Sweety Trademark"); the Lil Sweety Copyrights, which are federally registered and have been filed as Exhibit 2 to the Amended Complaint (referred to as the "Lil Sweety Copyrights") (collectively, the "HBF Intellectual Property").

THIS COURT FURTHER FINDS that injunctive relief previously granted in the Temporary Restraining Order ("TRO") should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Plaintiff's previously granted Motion for a Temporary Restraining Order establishes that HBF has a likelihood of success on the merits; that no remedy at law exists; and that HBF will suffer irreparable harm if the injunction is not granted.

Specifically, HBF has proved a *prima facie* case of trademark infringement because: (1) the Lil Sweety Trademark is distinctive registered with the U.S. Patent and Trademark Office on the Principal Register; (2) Plaintiff's Lil Sweety Trademark is valid and in full force and effect; (3) Plaintiff is the sole owner of the Lil Sweety Trademarkand Defendants are not licensed or authorized to use the Lil Sweety Trademark; and, (4) Defendants' use of the Lil Sweety Trademark is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with

HBF. Additionally, HBF has proved a *prima facie* case of copyright infringement because: (1) the Lil Sweety Copyrights are federally registered and owned by the Plaintiff; (2) Defendants are not licensed or authorized to use the Lil Sweety Copyrights; and (3) Defendants are using the Lil Sweety Copyrights in commerce on their Defendant Internet Stores without authorization. Furthermore, Defendants' continued and unauthorized use of the HBF Intellectual Property irreparably harms HBF through diminished goodwill and brand confidence, damage to Plaintiff's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage; and, therefore, HBF has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions.

Accordingly, this Court orders that:

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be temporarily enjoined and restrained from:

    a. using the HBF Intellectual Property and/or any reproductions, counterfeit copies or colorable imitations thereof, in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine HBF product or not authorized by HBF to be sold in connection with its HBF Intellectual Property ;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine HBF product or any other product produced by HBF, that is not Plaintiff's nor produced under the authorization, control or supervision of HBF nor approved by HBF for sale under Plaintiff's HBF Intellectual Property ;

    c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of HBF, or are sponsored by, approved by, or otherwise connected with HBF;

    d. further infringing Plaintiff's HBF Intellectual Property and damaging HBF's goodwill;

    e. shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for HBF, nor authorized by HBF to be sold or offered for sale, and which bear any of Plaintiff's HBF Intellectual Property, and/or any reproductions, counterfeit copies, or colorable imitations thereof;

    f. using, linking to, transferring, selling, exercising control over, or otherwise owning the online marketplace accounts, or any other domain name, other online marketplace account, or Seller Alias account that is being used to sell, or is the means by which Defendants could continue to sell Infringing HBF products; and

    g. operating and/or hosting websites at any other online marketplace or domain name registered or operated by Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing Plaintiff's HBF Intellectual Property or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine HBF product or not authorized by HBF to be sold in connection with Plaintiff's HBF Intellectual Property.

2. Those in privity with Defendants and with actual notice of this Order, including any online marketplaces such as Alibaba Group Holding Ltd. ("Alibaba"), , Amazon, Inc. ("Amazon"), Bonanza, Inc. ("Bonanza"), eBay, Inc. ("eBay"), Walmart.com ("Walmart"), and ContextLogic,

Inc. d/b/a Wish.com ("Wish"), (collectively referred to as the "Online Marketplaces"), social media platforms, Facebook, YouTube, LinkedIn, Twitter, and Internet search engines such as Google, Bing and Yahoo, shall within five (5) business days of receipt of this Order:

    a. Disable and cease providing services for any accounts through which Defendants engage in the sale of counterfeit and infringing goods using the HBF Intellectual Property, including any accounts associated with the Defendants;

    b. Disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the HBF Intellectual Property; and

    c. Take all steps necessary to prevent links to the Defendant Internet Stores, identified on the Amended Schedule A from displaying in search results, including, but not limited to, removing links to the Defendant Internet Stores from any search index.

    3. Defendants and any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' websites at the online marketplace accounts or other websites operated by Defendants, including, without limitation, the Online Marketplaces, Payment Processors (as defined *infra*), advertisers, Facebook, Internet Service Providers ("ISP"), web hosts, back-end service providers, web designers, sponsored search engine or ad-word providers, banks, merchant account providers, distributors, shippers, and domain name registrars (collectively, the "Third Party Providers") shall, within five (5) business days after receipt of such notice, provide to HBF expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

    a. The identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information;

    b. The nature of Defendants' operations and all associated sales and financial information, including, without limitation, identifying information associated with the online marketplace accounts, the Defendants' other Seller Aliases and/or websites, and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Defendant Internet Stores and other Defendant websites;

    c. Defendants' websites and/or any online marketplace accounts;

    d. Any domain name registered by Defendants;

    e. Any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, Payment Processors or other financial institutions, or other merchant account providers, payment providers, third party processors, and credit card associations (*e.g.*, MasterCard and VISA).

4. Defendants and any persons in active concert or participation with them who have actual notice of this Order shall be temporarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

5. The Online Marketplaces and all other e-commerce platforms in privity with Defendants, and their respective related companies and affiliates, shall within five (5) business days of receipt of this Order:

6

    a. Identify and restrain all funds, as opposed to ongoing account activity, in, or which hereafter are transmitted, into the online marketplace accounts related to Defendants as identified on Amended Schedule A, as well as all funds in, or which are transmitted, into (i) any other accounts of the same customer(s), (ii) any other accounts which transfer funds into the same financial institution account(s), any of the other accounts subject to this Order; and (iii) any other accounts tied to or used by any of the Seller Aliases identified on Amended Schedule A;

    b. Provide Plaintiff's counsel with all data which details (i) an accounting of the total funds restrained and the identification of the financial account(s) which the restrained funds are related to, and (ii) the account transactions related to all funds transmitted into the financial account(s) which have been restrained. Such restraining of the funds and the disclosure of the related financial institution account information shall be made without notice to the account owners until after those accounts are restrained; and,

    c. Prevent the transfer or surrender of any and all funds restrained by this Order for any purpose (other than pursuant to a chargeback made pursuant to the Online Marketplace's security interest in the funds) without the express authorization of this Court.

6. The Payment Processors, including but not limited to: PayPal, Payoneer, Stripe, Alipay, and Amazon Payments (collectively, the "Payment Processors") and any banks, savings and loan associations, third party payment processors, or other financial institutions, for any Defendant, except for Defendant 121. LightInTheBox – Seller 1, or any of said Defendants' online marketplace accounts or websites, shall within five (5) business days of receipt of this Order:

    a. Locate all accounts and funds connected to Defendants, Defendants' online marketplace accounts or Defendants' websites, including, but not limited to, any accounts connected to the information listed in Schedule A and the email addresses associated with the Defendants that are identified by either Defendants or third parties; and,

    b. Restrain and enjoin such accounts from receiving, transferring, or disposing of any money or other of Defendants' assets until further ordered by this Court.

7. The Payment Processors, including but not limited to: PayPal, Payoneer, Stripe, Alipay, and Amazon Payments (collectively, the "Payment Processors") and any banks, savings and loan associations, third party payment processors, or other financial institutions, for Defendant 121. LightInTheBox – Seller 1 or any of said Defendant's online marketplace accounts or websites, shall within five (5) business days of receipt of this Order:

    a. Locate all accounts and funds connected to Defendant, Defendant's online marketplace accounts or Defendant's websites, including, but not limited to, any accounts connected to the information listed in Schedule A and the email addresses associated with the Defendant that are identified by either Defendant or third parties;

    b. Restrain and enjoin such accounts up to the amount of $1,000 from receiving, transferring, or disposing of any money or other of Defendant's assets until further ordered by this Court; and,

    c. Release all funds that are in excess of $1,000 which are currently restrained by the Payment Processors.

8. HBF may provide notice of these proceedings to Defendants, including notice of the preliminary injunction hearing and service of process pursuant to Fed. R. Civ. P. 4(f)(3), by electronically publishing a link to the Complaint, this Order and other relevant documents on a website, and by sending an email to the email addresses provided for Defendants by third parties that includes a link to said website as well as copies of said relevant documents attached therewith. The Clerk of Court is directed to issue a single original summons in the name of "Ningbo Missinteresting Import And Export Co., Ltd. and all other Defendants identified on the Amended Schedule A to the Amended Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication or email, along with any notice that Defendants receive from domain name registrars and payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

9. The Clerk of Court is directed to unseal any pleadings that were previously under seal.

10. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order on five (5) days' notice to HBF or on shorter notice as set by this Court.

11. The ten thousand dollars ($10,000) surety bond posted by HBF shall remain with the Court until a Final disposition of this case or until this Preliminary Injunction is terminated.

Dated: June 20, 2025

_____
U.S. District Court Judge Matthew F. Kennelly

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| HB Feeder, LLC,<br><br>Plaintiff,<br><br>v.<br><br>The Partnerships Identified On Schedule A,<br><br>Defendants. | Case No.: 25-cv-04023<br><br>Judge Matthew F. Kennelly<br><br>Magistrate Judge Daniel P. McLaughlin |

## Amended Schedule A

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 1 | Ningbo Missinteresting Import And Export Co., Ltd. | https://sweettreats.en.alibaba.co |
| 2 | Shanghai Luby Pet Industries Co., Ltd. | https://lubypet.en.alibaba.com |
| 3 | Suzhou Sunrise Technologies Ltd. | https://icsunrise.en.alibaba.com |
| 4 | Yiwu Changfa Pet Products Co., Ltd. | https://joyfulpet.en.alibaba.com |
| 5 | Yiwu Homey Daily Necessity Factory | https://lovehomey.en.alibaba.com |
| 6 | Yiwu Pada Craft Co., Ltd. | https://pada.en.alibaba.com |
| 7 | Comfortable & Cozy Atmosphere Store | aliexpress.com/store/1101265839 |
| 8 | HobbyLane Pet Store | aliexpress.com/store/1101968957 |
| 9 | Home And Gardening Supplies Store | aliexpress.com/store/1102187485 |
| 10 | MOVEON Official Store | aliexpress.com/store/1101255954 |
| 11 | SmallPink Store | aliexpress.com/store/1103080802 |
| 12 | Aixin Fruit Trading Company/ 艾馨果贸易商行 | amazon.com/sp?seller=A38OT7ZSYX6HNT |
| 13 | Anqing Mingdianwu Trading Co., Ltd./ 安庆市铭点屋商贸有限公司 | amazon.com/sp?seller=AG8ZFOAYWG2HR |
| 14 | AnXing | amazon.com/sp?seller=ABNVA0CBLKLI4 |
| 15 | Brimeaws | amazon.com/sp?seller=A9GMO98P8B8Q7 |
| 16 | Chancheng District Huitesheng Trading Company/ 禅城区惠特升贸易商行 | amazon.com/sp?seller=A90DBOSK3QY5X |
| 17 | Chancheng District Jiayingrui Youxuan Trading Co., Ltd./ 禅城区佳盈瑞优选贸易行 | amazon.com/sp?seller=ANBNN5JV5EXE9 |
| 18 | Chancheng District Xiaoxifeng Trading Company / 禅城区小熙凤贸易行 | amazon.com/sp?seller=ACLN1OO1JWENN |
| 19 | Chancheng District Yanerbao Optimum Trading Co., Ltd./ 禅城区燕尔宝优选贸易行 | amazon.com/sp?seller=A3U9ZQ57DWHY4E |
| 20 | Chancheng District Yuanchenguan Trading Co./ 禅城区元宸冠贸易行 | amazon.com/sp?seller=A3JTPUBSN0EC5I |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 21 | Chancheng District Zhenhao Lexuan Trading Co., Ltd./ 禅城区振浩乐选贸易行 | amazon.com/sp?seller=A3SGKVT1XSF49L |
| 22 | chaoxian | amazon.com/sp?seller=A7W5VH4C7LO5U |
| 23 | Charlie Happy Shopping | amazon.com/sp?seller=ACHUISJF527FN |
| 24 | chenting-app | amazon.com/sp?seller=A3KAHH0ZWQ8DAM |
| 25 | ChenyanShop | amazon.com/sp?seller=A3I8TT2B9HVT6R |
| 26 | chin hin teh trading co./ 谦欣德贸易行 | amazon.com/sp?seller=A5J0YTHSZD3U1 |
| 27 | Dadongda | amazon.com/sp?seller=A3YW8H28ZB33B |
| 28 | duomu-us | amazon.com/sp?seller=A3BUE4GOA4M1HC |
| 29 | Fan Hanguo International Trade / 范汉国国际商贸 | amazon.com/sp?seller=ATUNZ5QQPABWO |
| 30 | feihuangyoutengda | amazon.com/sp?seller=AIHVZCM7QAREG |
| 31 | Foshan Yueyize Trading Co., Ltd. / 佛山市悦逸泽贸易有限公司 | amazon.com/sp?seller=AOX0IO6IGGAM7 |
| 32 | GoldHomeSt | amazon.com/sp?seller=A3RLRKM9PPPL3M |
| 33 | guan xiao long | amazon.com/sp?seller=A83F231223BYL |
| 34 | guangzhoutaibinshangmaoyouxiangongs | amazon.com/sp?seller=AKNOD29IPY03E |
| 35 | HanHuiYou Shop | amazon.com/sp?seller=AC8GXD02ZR3ZE |
| 36 | Home Hotting | amazon.com/sp?seller=A5J3SPRTVHOZT |
| 37 | hua-teng | amazon.com/sp?seller=A9476P6CE87OZ |
| 38 | JFengqi | amazon.com/sp?seller=AMPOTFQRTM16S |
| 39 | JHLS | amazon.com/sp?seller=ALO216XTL8LCK |
| 40 | Jiayuda Trading Company/ 佳煜达贸易商行 | amazon.com/sp?seller=A9T6PG3BCM8 |
| 41 | jincongguanli | amazon.com/sp?seller=A3RU4J0V67ZIB9 |
| 42 | kaisenyh | amazon.com/sp?seller=A6NLU9GNUE7DW |
| 43 | keephealth | amazon.com/sp?seller=A8R0JQQJ4AO3O |
| 44 | KELAI1 | amazon.com/sp?seller=A3J3WLJ027TS2Q |
| 45 | Kuangyu | amazon.com/sp?seller=A3EJY3GKUJOGME |
| 46 | Kunming Jiadou Shangmao Shanghang | amazon.com/sp?seller=A3CHVGZQGQHOLO |
| 47 | Lan Yi Xi Trading Co. / 岚奕希贸易行 | amazon.com/sp?seller=AQBO84G8Y4MP5 |
| 48 | Liangc shopping | amazon.com/sp?seller=AMM6D4V6B7D8Y |
| 49 | Liangliang Dunduo Department Store / 靓靓盾哚百货 | amazon.com/sp?seller=AD2FXU0FDGZF9 |
| 50 | Lichsun | amazon.com/sp?seller=A92FCGDDORKNB |
| 51 | Lion Optimum Trading Co., Ltd. / /雄狮优选贸易有限公司 | amazon.com/sp?seller=AMP3PXC1VQQI8 |
| 52 | liqijiyamaxun | amazon.com/sp?seller=A3DCGJHBBIOJS1 |
| 53 | Lohca | amazon.com/sp?seller=A3TLP9SJQV9N1B |
| 54 | MaxcateUS | amazon.com/sp?seller=A6BSRM8FQDKXP |
| 55 | MNUYE | amazon.com/sp?seller=A3HO96890FSL5G |
| 56 | Mumu Xinxuan Trading Co. / 沐木新选贸易行 | amazon.com/sp?seller=AZ6JAPK2VKHZ4 |
| 57 | Musi / 沐思 | amazon.com/sp?seller=A3KCK11IGE1VJ6 |
| 58 | Nuan Nuan Star Boutique Shop | amazon.com/sp?seller=AWPYXMUF17X05 |
| 59 | peachstore | amazon.com/sp?seller=A3DU3Q8DK815GA |
| 60 | PZHWSTONE-US（跟卖下测试单） | amazon.com/sp?seller=A3ALO4Q9Z269BO |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 61 | qixixiaodian | amazon.com/sp?seller=A3V6HNNZVEIUXO |
| 62 | QQV-US | amazon.com/sp?seller=AX6T361NWTX76 |
| 63 | Rosa Business | amazon.com/sp?seller=ALXX6YG8J564Y |
| 64 | shenglongdeshangmao | amazon.com/sp?seller=A3EO7LLVF5V9Q6 |
| 65 | SHSU-US | amazon.com/sp?seller=A3OLFE7NY8K1AA |
| 66 | SHUIR-US | amazon.com/sp?seller=A3K4ZJ4NJA3FUR |
| 67 | Shunde Zhongqing Meixiang Trading Company / 顺德区中晴美想贸易商行 | amazon.com/sp?seller=APDVS6RBBS312 |
| 68 | SSLLHH-US | amazon.com/sp?seller=AN21SP6IOT35O |
| 69 | suizhoushibaiyangdianzishangwuyouxiangongsi | amazon.com/sp?seller=A7RDUIZZ8OTVA |
| 70 | tangweikunbaihuo | amazon.com/sp?seller=A3J8FO1ER36XR4 |
| 71 | Taozhiyaoyao Selected Trading Firms/ 桃之夭夭甄选贸易商行 | amazon.com/sp?seller=APATE3PCZ7EJN |
| 72 | tttuan | amazon.com/sp?seller=AN4ET7O7FV6ET |
| 73 | Wangdj | amazon.com/sp?seller=A3TWWEHOP5EV7S |
| 74 | WuShiJie-US | amazon.com/sp?seller=A3VU98D3GZYTCD |
| 75 | Xiangying Investment (Hainan) Co., Ltd. / 湘萤投资(海南)有限公司 | amazon.com/sp?seller=AEKNT0B3G3FJI |
| 76 | Xinshunyuan Preferred Trading Company / 鑫顺源优选贸易商行 | amazon.com/sp?seller=AOC7RQ4DIUWTI |
| 77 | XSKJfff | amazon.com/sp?seller=A3SEYPBT2ABT2L |
| 78 | xz1123 | amazon.com/sp?seller=ASYS4XYABEA8L |
| 79 | YTLJNN Choice Mall | amazon.com/sp?seller=A3TFVLV6TCZ0A1 |
| 80 | yunjia_stroe | amazon.com/sp?seller=AN0HX01F40G0G |
| 81 | ZHANG XIAO LIN | amazon.com/sp?seller=A38J7UGT1BREP0 |
| 82 | ZhuWanA | amazon.com/sp?seller=AZA3P4I5VW2V2 |
| 83 | 禅城区诺钰思贸易行 | amazon.com/sp?seller=A7WFLTG483I3T |
| 84 | shoppingdirect24's booth | bonanza.com/booths/shoppingdirect24 |
| 85 | bai22shi | ebay.com/usr/bai22shi |
| 86 | cemera121 | ebay.com/usr/cemera121 |
| 87 | cenqinghu-shop | ebay.com/usr/cenqinghu-shop |
| 88 | crr022_5 | ebay.com/usr/crr022_5 |
| 89 | crrs68 | ebay.com/usr/crrs68 |
| 90 | furong-8529 | ebay.com/usr/furong-8529 |
| 91 | hdfhae | ebay.com/usr/hdfhae |
| 92 | hope6644 | ebay.com/usr/hope6644 |
| 93 | lefeihua02 | ebay.com/usr/lefeihua02 |
| 94 | liguohu16 | ebay.com/usr/liguohu16 |
| 95 | mingchan36 | ebay.com/usr/mingchan36 |
| 96 | mudghgbs | ebay.com/usr/mudghgbs |
| 97 | neonnodes | ebay.com/usr/neonnodes |
| 98 | np-keriad | ebay.com/usr/keriad |
| 99 | np-wsde34276 | ebay.com/usr/wsde34276 |
| 100 | Ral_Mall | ebay.com/usr/ramoz_31 |
| 101 | shang2-3 | ebay.com/usr/shang2-3 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 102 | skyline8655 | ebay.com/usr/skyline8655 |
| 103 | ssgd1968 | ebay.com/usr/ssgd1968 |
| 104 | swkj12223 | ebay.com/usr/swkj12223 |
| 105 | T4576456 | ebay.com/usr/erna-6981 |
| 106 | tfgd89760 | ebay.com/usr/tfgd89760 |
| 107 | ulongxiangji | ebay.com/usr/ulongxiangji |
| 108 | wulij_94 | ebay.com/usr/wulij_94 |
| 109 | yangyangz | ebay.com/usr/yangyangz |
| 110 | yfei07 | ebay.com/usr/yfei07 |
| 111 | youbeixin02 | ebay.com/usr/youbeixin02 |
| 112 | youbeixin05 | www.ebay.com/usr/shenzhenshiyoubeixinkejiyouxiangongsi |
| 113 | Banggood | https://www.usa.banggood.com |
| 114 | BQYOOM | https://www.bestedd.com |
| 115 | Crafsthouse | https://www.futongpu.com |
| 116 | DUSKWELING | https://www.duskweling.com |
| 117 | Etcy Decor | https://www.etcydecor.com |
| 118 | EVERMART US | https://www.evermartus.com |
| 119 | GiftFors | https://www.giftfors.com |
| 120 | hotstore369 | https://www.hotstore369.com |
| 121 | LightInTheBox - Seller 1 | https://www.lightinthebox.com |
| 122 | lightoha | https://www.lightoha.com |
| 123 | RESERVATIONK | https://www.reservationk.com |
| 124 | To-summer | https://www.to-summer.com |
| 125 | WONDERBUY US | https://www.wonderbuyus.com |
| 126 | Beautty | walmart.com/reviews/seller/102479038 |
| 127 | BOLANQ | walmart.com/reviews/seller/101252620 |
| 128 | CF TQWQT | walmart.com/reviews/seller/101187479 |
| 129 | HDGTSA | walmart.com/reviews/seller/101569167 |
| 130 | HEXANG HOME | walmart.com/reviews/seller/101691776 |
| 131 | KuRLing | walmart.com/reviews/seller/101229077 |
| 132 | linyanshangmao | walmart.com/reviews/seller/102500677 |
| 133 | luosiyuxiayu | walmart.com/reviews/seller/101694856 |
| 134 | luoyangqiushangmao | walmart.com/reviews/seller/102497336 |
| 135 | LWITHSZG Co.Ltd | walmart.com/reviews/seller/101526239 |
| 136 | SCQCFW | walmart.com/reviews/seller/102497270 |
| 137 | SHUO XIN | walmart.com/reviews/seller/102501519 |
| 138 | Shuzhi Small Shop | walmart.com/reviews/seller/102514418 |
| 139 | SONSIEN | walmart.com/reviews/seller/101135229 |
| 140 | Super Eight Star | walmart.com/reviews/seller/101683616 |
| 141 | SZ Zepan Co.,ltd | walmart.com/reviews/seller/101229076 |
| 142 | Warm Heart Home | walmart.com/reviews/seller/101632072 |
| 143 | wiipahome | walmart.com/reviews/seller/101542530 |
| 144 | zhongshanshidingjimo | walmart.com/reviews/seller/101678087 |
| 145 | caojiannvzhuang | wish.com/merchant/590b3f1c038ae921eaba725b |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 146 | chenqunyue | wish.com/merchant/5d58c68ccf6503067f311bf5 |
| 147 | dingzhengquan | wish.com/merchant/5d57eccd560eca48d7ed94e5 |
| 148 | KoKoYES | wish.com/merchant/538f4f18ab980a5167a1d722 |
| 149 | tangleidianpu | wish.com/merchant/59dda5c9b90118458241770d |
| 150 | xiangjie32995 | wish.com/merchant/61dfb42c4f3401d1435bb74d |