BC

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

FILED 7/3/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
PJJ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HB FEEDER, LLC, ) | |
| ) | Case Number: 25-cv-04023 |
| Plaintiff ) | |
| ) | Judge: Matthew F. Kennelly |
| v. ) | |
| Ral_Mall ) | Magistrate Judge: DANIEL P. MCLAUGHLIN |
| ) | |
| Defendant ) | |

I, Ramazan Özel, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am the individual defendant operating the eBay store "Ral_Mall."
2. I completed exactly two retail sales of the product at issue, as shown in the table below:

13 Jul 2024 – Oregon
Listing-price: $ 15.85 • Sales-tax: $ 0.00
eBay payout: $ 11.75 • Product cost: $ 8.89
Net profit: $ 2.86
28 Aug 2024 – Illinois

Listing-price: $ 16.11 • Sales-tax: $ 1.37

eBay payout: $ 11.65 • Product cost: $ 9.65

Net profit: $ 2.00
3. My total profit from these two sales is **US $4.86**.
4. I held no inventory of the product and removed the listing in late 2024, well before this lawsuit was filed in May 2025.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on 2 July 2025 in Konya, Turkey.
Ramazan Özel
Pro Se Defendant ("Ral_Mall")

I certify that on 2 July 2025 I served the foregoing Verified Statement of Limited Sales via e-mail upon counsel for Plaintiff at attorney@scip.law.
s/ Ramazan Özel

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]