[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

BC

FILED
7/3/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

PJJ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

HB FEEDER, LLC, )
)
       Plaintiff )
)
    v. )
Ral_Mall )
)
       Defendant )

Case Number: 25-cv-04023

Judge: Matthew F. Kennelly

Magistrate Judge: DANIEL P. MCLAUGHLIN

RULE 68 OFFER OF JUDGMENT

Pursuant to Federal Rule of Civil Procedure 68, Defendant Ramazan Özel, d/b/a "Ral_Mall," offers to allow judgment to be entered against him in the total sum of Five Hundred U.S. Dollars (US $ 500.00), inclusive of all claims, costs, and attorney's fees, with the parties to bear their own fees and expenses.

This offer shall be deemed withdrawn unless accepted in writing within fourteen (14) days after service.

Dated: 2 July 2025

Ramazan Özel (pro se)
Konya, Turkey
s/ Ramazan Özel

Certificate of Service

I certify that on 2 July 2025 I served the foregoing Rule 68 Offer of Judgment via e-mail upon counsel for Plaintiff at attorney@scip.law.
s/ Ramazan Özel

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]