UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HB FEEDER, LLC, <br><br> PLAINTIFF, <br><br> V. <br><br> THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A, <br><br> DEFENDANTS. | CASE NO.: 1:25-CV-04023 <br><br> JUDGE MATTHEW F. KENNELLY <br><br> MAGISTRATE JUDGE DANIEL P. MCLAUGHLIN |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, with prejudice, as to the Defendant Craftshouse (identified on line 115 of the Schedule A of the Complaint).

Dated:   August 14, 2025

Respectfully submitted,

*/s/ Ann Marie Sullivan*
Ann Marie Sullivan
Alison K. Carter
Gouthami V. Tufts
John J. Mariane

**SULLIVAN & CARTER, LLP**
111 W. Jackson Blvd, Ste 1700
Chicago, Illinois 60604
Telephone: 929-724-7529
E-mail: am.sullivan@scip.law

***ATTORNEYS FOR PLAINTIFF***