**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

HB FEEDER, LLC,

      PLAINTIFF,

V.

THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A,

      DEFENDANTS.

CASE NO.: 1:25-CV-04023

JUDGE MATTHEW F. KENNELLY

## FINAL DEFAULT JUDGMENT ORDER AS TO CERTAIN DEFENDANTS

This action, having been commenced by HB Feeder, LLC ("HBF" or "Plaintiff") against the Defendants identified on the Amended Schedule A to the Amended Complaint, and using the online marketplace accounts identified therein (also referred to as the "Defendant Internet Stores" or "Seller Aliases"), and HBF, having moved for entry of Default and Default Judgment against the defendants identified on the Amended Schedule A, with the exception of certain defendants[1], attached hereto (collectively, the "Defaulting Defendants");

This Court, having entered upon a showing by HBF, a Temporary Restraining Order and Preliminary Injunction against Defaulting Defendants, which included an asset restraining order;

HBF, having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and email, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated

---

[1] The following defendants are not subject to this Order: Defendant No. 25. ChenyanShop; Defendant No. 100. Ral_Mall; Defendant No. 117. Etcy Decor; Defendant No. 119. GiftFors; Defendant No. 116. duskweling.com; Defendant No. 123. reservationk.com; and Defendant No. 124. to-summer.com.

under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and,

None of the Defaulting Defendants having answered the Complaint or appeared in any way, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over the Defaulting Defendants, since the Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. In the context of similar cases, ". . . a plaintiff must show that each defendant is actually operating an interactive website that is accessible in Illinois and that each defendant has aimed such site at Illinois by standing ready, willing and able to ship its counterfeit goods to customers in Illinois in particular (or otherwise has some sufficient voluntary contacts with the state)." *Am. Bridal & Prom Indus. Ass'n v. P'ships & Unincorporated Ass'ns Identified on Schedule A*, 192 F.Supp.3d 924, 934 (N.D. Ill. 2016). In the present case, Plaintiff has presented screenshot evidence that each Defaulting Defendant Internet Store is reaching out to do business with Illinois residents, by operating one or more commercial, interactive Internet Stores, through which Illinois residents can and do purchase products using counterfeit versions of Plaintiff's Trademark and Copyrights (the "Infringing Products"). *See* [19], which includes screenshot evidence of each Defendants' infringing product listings, confirming that each Defaulting Defendant stands ready, willing, and able to ship the counterfeit goods to customers in Illinois, and includes evidence which shows Defendants' product listings, which bear infringing or counterfeit versions of the Lil Sweety Trademark or Copyrights.[2]

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful copyright infringement, pursuant to 17 U.S.C. § 504(c); willful federal trademark infringement

---

[2] True and correct copies of Plaintiff's federally registered trademark and copyrights were filed as Exhibit 1 and Exhibit 2 to the Complaint, respectively.

and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, *et seq.*).

IT IS HEREBY ORDERED that HBF's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default, and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1.   Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a.   using the Lil Sweety Trademark and Copyrights, or any reproductions, counterfeit copies, or colorable imitations thereof, in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine HBF Product or not authorized by HBF to be sold in connection with the Lil Sweety Trademark and Copyrights;

    b.   passing off, inducing, or enabling others to sell or pass off any product as a genuine HBF Product or any other product produced by HBF, that is not HBF's or not produced under the authorization, control or supervision of HBF and approved by HBF, for sale under the Lil Sweety Trademark and Copyrights;

    c.   committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of HBF, or are sponsored by, approved by, or otherwise connected with HBF;

    d.   further infringing the Lil Sweety Trademark and Copyrights and damaging HBF's goodwill;

e. shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for HBF, nor authorized by HBF to be sold or offered for sale, and which bear any of the Lil Sweety Trademark and Copyrights, or any reproductions, counterfeit copies or colorable imitations thereof;

f. using, linking to, transferring, selling, exercising control over, or otherwise owning the online marketplace accounts, or any other domain name or Seller Alias account that is being used to sell or is the means by which Defaulting Defendants could continue to sell counterfeit or infringing products; and,

g. operating or hosting the Defendant Internet Stores at any other online marketplace or domain name registered or operated by Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Lil Sweety Trademark and Copyrights, or any reproductions, counterfeit copies, or colorable imitations thereof, that is not a genuine HBF Product, or not authorized by HBF to be sold in connection with the Lil Sweety Trademark and Copyrights.

2. Those in privity with Defaulting Defendants, and with actual notice of this Order, including any online marketplaces, including but not limited to, Alibaba Group Holding. Ltd. ("Alibaba"), AliExpress.com ("AliExpress"), Amazon, Inc. ("Amazon") Bonanza, Inc. ("Bonanza"), eBay, Inc. ("eBay"), Walmart, Inc. ("Walmart"), and ContextLogic d/b/a Wish.com ("Wish") (collectively, the "Online Marketplaces"); social media platforms such as Facebook, Instagram, Tik Tok, YouTube, X.com, and LinkedIn; Internet search engines such as Google, Bing, and Yahoo; web hosts for the Defendants' domain names; and domain name registrars; shall within five (5) business days of receipt of this Order:

a.  disable and cease providing services for any accounts through which Defaulting Defendants engage in the sale of counterfeit and infringing goods using the Lil Sweety Trademark and Copyrights, including any accounts associated with the Defendants;

b.  disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the Lil Sweety Trademark and Copyrights; and,

c.  take all steps necessary to prevent links to the Seller Aliases identified on the Amended Schedule A from displaying in search results, including, but not limited to, removing links to the Seller Aliases from any search index.

3.  Pursuant to 17 U.S.C. § 504(c)(2), HBF is awarded statutory damages from Defaulting Defendants, in accordance with the attached Schedule A, in the amount of twenty-five thousand dollars ($25,000) for willful copyright infringement of the Lil Sweety Copyrights.

4.  Pursuant to 15 U.S.C. § 1117(c)(2), HBF is awarded statutory damages from Defaulting Defendants, in accordance with the attached Schedule A, in the amount of twenty-five thousand dollars ($25,000) for willful infringement of the Lil Sweety Trademark.

5.  Any third party who is providing services for any of the Defendants, or in connection with any of Defendant's Internet Stores at the online marketplace accounts or other websites operated by Defendants, including, without limitation, the Online Marketplaces; third-party payment providers such as PayPal, Inc. ("PayPal"), Payoneer, Inc. ("Payoneer"), Stripe, Inc. ("Stripe"), Alipay.com Co., Ltd. ("Alipay"), and Amazon Payments, Inc. ("Amazon Payments) (collectively referred to herein as "Third-Party Payment Providers") and any other payment processors; advertisers; social media platforms; Internet Service Providers ("ISP"); web hosts, back-end service providers, and web designers; domain registrars; search engines and sponsored

5

search engine or ad-word providers; financial institutions such as banks, savings and loan association, credit card associations, and credit unions; merchant account providers; distributors; and shippers (collectively, the "Third-Party Providers") shall, within five (5) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' online marketplace accounts or websites, from transferring or disposing of any money or other of Defaulting Defendants' assets.

6.    All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by the Third-Party Providers, are hereby released to HBF as partial payment of the above-identified damages, and the Third-Party Providers are ordered to release to HBF the amounts from Defaulting Defendants' financial accounts within ten (10) business days of receipt of this Order.

7.    Until HBF has recovered full payment of monies owed to it by any Defaulting Defendant, HBF shall have the ongoing authority to serve this Order on the Online Marketplaces, Third-Party Payment Providers, and any banks, savings and loan associations, credit card associations, credit unions, or other third-party payment processors or financial institutions, for any Defaulting Defendant or any of Defaulting Defendants' online marketplace accounts or websites, in the event that any new accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Third-Party Providers shall within five (5) business days:

      a.    locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' online marketplace accounts or Defaulting Defendants' websites, including, but not limited to, any accounts connected to the information listed on the Amended Schedule A and the email addresses associated with the Defendants that are identified by either Defendants or third-parties;

b. restrain and enjoin such accounts or funds that are based internationally, from transferring or disposing of any money or other assets of Defaulting Defendants; and,

c. release all monies restrained in Defaulting Defendants' accounts to HBF, as partial payment of the above-identified damages;

d. upon Plaintiff's request, the Internet marketplace website operators, including the Online Marketplaces, administrators for the Seller Aliases, or domain name registrars shall disable or cease facilitating access to the Seller Aliases, including any other online marketplace accounts or seller alias names identified or being used or controlled by Defaulting Defendants to engage in the business of marketing, offering to sell, or selling goods bearing or using counterfeit and infringing copies or reproductions of Plaintiff's Lil Sweety Trademark or Copyrights.

8.  In the event that HBF identifies any additional online marketplace accounts, domain names, third-party payment processors, or financial accounts owned by Defaulting Defendants, HBF may send notice of any supplemental proceeding to Defaulting Defendants by email at the email addresses originally identified and served, and any email addresses provided for Defaulting Defendants by third-parties.

9.  The bond posted by Plaintiff in the amount of $10,000.00, and any applicable or earned interest, is hereby ordered released by the Clerk to Plaintiff's counsel at Sullivan & Carter, LLP, 111 W. Jackson Blvd. Ste 1700, Chicago, IL, 60604.

This is a Final Judgment.

Dated: _____September 20_____ , 2025

_____
United States District Court Judge Matthew F. Kennelly

7

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

HB FEEDER, LLC,

     PLAINTIFF,

v.

THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A,

     DEFENDANTS.

CASE NO.: 1:25-CV-04023

JUDGE MATTHEW F. KENNELLY

## AMENDED SCHEDULE A

| O. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 1 | Ningbo Missinteresting Import And Export Co., Ltd. | https://sweettreats.en.alibaba.co |
| 2 | Shanghai Luby Pet Industries Co., Ltd. | https://lubypet.en.alibaba.com |
| 3 | Suzhou Sunrise Technologies Ltd. | https://icsunrise.en.alibaba.com |
| 4 | Yiwu Changfa Pet Products Co., Ltd. | https://joyfulpet.en.alibaba.com |
| 5 | Yiwu Homey Daily Necessity Factory | https://lovehomey.en.alibaba.com |
| 6 | Yiwu Pada Craft Co., Ltd. | https://pada.en.alibaba.com |
| 7 | Comfortable & Cozy Atmosphere Store | aliexpress.com/store/1101265839 |
| 8 | HobbyLane Pet Store | aliexpress.com/store/1101968957 |
| 9 | Home And Gardening Supplies Store | aliexpress.com/store/1102187485 |
| 10 | MOVEON Official Store | aliexpress.com/store/1101255954 |
| 11 | SmallPink Store | aliexpress.com/store/1103080802 |
| 12 | Aixin Fruit Trading Company/ □ □ □ 贸易商□ | amazon.com/sp?seller=A38OT7ZSYX6HNT |
| 13 | Anqing Mingdianwu Trading Co., Ltd./ □庆市铭点屋商贸有限公□ | amazon.com/sp?seller=AG8ZFOAYWG2HR |
| 14 | AnXing | amazon.com/sp?seller=ABNVA0CBLKLI4 |
| 15 | Brimeaws | amazon.com/sp?seller=A9GMO98P8B8Q7 |
| 16 | Chancheng District Huitesheng Trading Company/ 禅城区惠特升贸易商行 | amazon.com/sp?seller=A90DBOSK3QY5X |
| 17 | Chancheng District Jiayingrui Youxuan Trading Co., Ltd./ 禅城区佳盈瑞优选贸易行 | amazon.com/sp?seller=ANBNN5JV5EXE9 |
| 18 | Chancheng District Xiaoxifeng Trading Company / □ □ □ □ □ 凤贸□ □ | amazon.com/sp?seller=ACLN1OO1JWENN |
| 19 | Chancheng District Yanerbao Optimum Trading Co., Ltd./ 禅城区燕尔宝优选贸易行 | amazon.com/sp?seller=A3U9ZQ57DWHY4E |
| 20 | Chancheng District Yuanchenguan Trading Co./ □ □ □ □ □ 贸易□ | amazon.com/sp?seller=A3JTPUBSN0EC5I |
| 21 | Chancheng District Zhenhao Lexuan Trading Co., Ltd./ 禅城区振浩乐选贸易行 | amazon.com/sp?seller=A3SGKVT1XSF49L |

1

| O. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 22 | **DISMISSED** | **DISMISSED** |
| 23 | Charlie Happy Shopping | amazon.com/sp?seller=ACHUISJF527FN |
| 24 | chenting-app | amazon.com/sp?seller=A3KAHH0ZWQ8DAM |
| 25 | **EXCEPTION** | **EXCEPTION** |
| 26 | chin hin teh trading co./ 谦欣德贸易□ | amazon.com/sp?seller=A5J0YTHSZD3U1 |
| 27 | Dadongda | amazon.com/sp?seller=A3YW8H28ZB33B |
| 28 | duomu-us | amazon.com/sp?seller=A3BUE4GOA4M1HC |
| 29 | Fan Hanguo International Trade / □ 汉国国际商贸 | amazon.com/sp?seller=ATUNZ5QQPABWO |
| 30 | feihuangyoutengda | amazon.com/sp?seller=AIHVZCM7QAREG |
| 31 | Foshan Yueyize Trading Co., Ltd. / □ □ □ □ 泽贸□ □ □ □ □ | amazon.com/sp?seller=AOX0IO6IGGAM7 |
| 32 | GoldHomeSt | amazon.com/sp?seller=A3RLRKM9PPPL3M |
| 33 | guan xiao long | amazon.com/sp?seller=A83F231223BYL |
| 34 | guangzhoutaibinshangmaoyouxiangongs | amazon.com/sp?seller=AKNOD29IPY03E |
| 35 | HanHuiYou Shop | amazon.com/sp?seller=AC8GXD02ZR3ZE |
| 36 | Home Hotting | amazon.com/sp?seller=A5J3SPRTVHOZT |
| 37 | hua-teng | amazon.com/sp?seller=A9476P6CE87OZ |
| 38 | **DISMISSED** | **DISMISSED** |
| 39 | **DISMISSED** | **DISMISSED** |
| 40 | Jiayuda Trading Company/ 佳煜达贸易商行 | amazon.com/sp?seller=A9T6PG3BCM8 |
| 41 | jincongguanli | amazon.com/sp?seller=A3RU4J0V67ZIB9 |
| 42 | kaisenyh | amazon.com/sp?seller=A6NLU9GNUE7DW |
| 43 | keephealth | amazon.com/sp?seller=A8R0JQQJ4AO3O |
| 44 | **DISMISSED** | **DISMISSED** |
| 45 | Kuangyu | amazon.com/sp?seller=A3EJY3GKUJOGME |
| 46 | **DISMISSED** | **DISMISSED** |
| 47 | Lan Yi Xi Trading Co. / 岚奕希贸易□ | amazon.com/sp?seller=AQBO84G8Y4MP5 |
| 48 | Liangc shopping | amazon.com/sp?seller=AMM6D4V6B7D8Y |
| 49 | Liangliang Dunduo Department Store / 靓靓盾哚百货 | amazon.com/sp?seller=AD2FXU0FDGZF9 |
| 50 | Lichsun | amazon.com/sp?seller=A92FCGDDORKNB |
| 51 | Lion Optimum Trading Co., Ltd. / □ 狮优选贸易有限公□ | amazon.com/sp?seller=AMP3PXC1VQQI8 |
| 52 | liqijiyamaxun | amazon.com/sp?seller=A3DCGJHBBIOJS1 |
| 53 | **DISMISSED** | **DISMISSED** |
| 54 | MaxcateUS | amazon.com/sp?seller=A6BSRM8FQDKXP |
| 55 | MNUYE | amazon.com/sp?seller=A3HO96890FSL5G |
| 56 | Mumu Xinxuan Trading Co. / □ □ □ 选贸□ □ | amazon.com/sp?seller=AZ6JAPK2VKHZ4 |
| 57 | Musi / □ □ | amazon.com/sp?seller=A3KCK11IGE1VJ6 |
| 58 | Nuan Nuan Star Boutique Shop | amazon.com/sp?seller=AWPYXMUF17X05 |
| 59 | peachstore | amazon.com/sp?seller=A3DU3Q8DK815GA |
| 60 | PZHWSTONE-US□ □ 卖下测试单□ | amazon.com/sp?seller=A3ALO4Q9Z269BO |
| 61 | qixixiaodian | amazon.com/sp?seller=A3V6HNNZVEIUXO |
| 62 | QQV-US | amazon.com/sp?seller=AX6T361NWTX76 |
| 63 | **DISMISSED** | **DISMISSED** |

| O. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 64 | shenglongdeshangmao | amazon.com/sp?seller=A3EO7LLVF5V9Q6 |
| 65 | SHSU-US | amazon.com/sp?seller=A3OLFE7NY8K1AA |
| 66 | SHUIR-US | amazon.com/sp?seller=A3K4ZJ4NJA3FUR |
| 67 | Shunde Zhongqing Meixiang Trading Company / 顺德口中晴美想贸易商行 | amazon.com/sp?seller=APDVS6RBBS312 |
| 68 | SSLLHH-US | amazon.com/sp?seller=AN21SP6IOT35O |
| 69 | suizhoushibaiyangdianzishangwuyouxiangongsi | amazon.com/sp?seller=A7RDUIZZ8OTVA |
| 70 | tangweikunbaihuo | amazon.com/sp?seller=A3J8FO1ER36XR4 |
| 71 | Taozhiyaoyao Selected Trading Firms/ 口口口口口选贸易商行 | amazon.com/sp?seller=APATE3PCZ7EJN |
| 72 | tttuan | amazon.com/sp?seller=AN4ET7O7FV6ET |
| 73 | Wangdj | amazon.com/sp?seller=A3TWWEHOP5EV7S |
| 74 | WuShiJie-US | amazon.com/sp?seller=A3VU98D3GZYTCD |
| 75 | Xiangying Investment (Hainan) Co., Ltd./ 口萤投资(口口)口口口口 | amazon.com/sp?seller=AEKNT0B3G3FJI |
| 76 | Xinshunyuan Preferred Trading Company / 口顺源优选贸易商口 | amazon.com/sp?seller=AOC7RQ4DIUWTI |
| 77 | XSKJfff | amazon.com/sp?seller=A3SEYPBT2ABT2L |
| 78 | xz1123 | amazon.com/sp?seller=ASYS4XYABEA8L |
| 79 | DISMISSED | DISMISSED |
| 80 | yunjia_stroe | amazon.com/sp?seller=AN0HX01F40G0G |
| 81 | ZHANG XIAO LIN | amazon.com/sp?seller=A38J7UGT1BREP0 |
| 82 | ZhuWanA | amazon.com/sp?seller=AZA3P4I5VW2V2 |
| 83 | 口口口诺钰思贸易口 | amazon.com/sp?seller=A7WFLTG483I3T |
| 84 | shoppingdirect24's booth | bonanza.com/booths/shoppingdirect24 |
| 85 | bai22shi | ebay.com/usr/bai22shi |
| 86 | cemera121 | ebay.com/usr/cemera121 |
| 87 | cenqinghu-shop | ebay.com/usr/cenqinghu-shop |
| 88 | crr022_5 | ebay.com/usr/crr022_5 |
| 89 | crrs68 | ebay.com/usr/crrs68 |
| 90 | furong-8529 | ebay.com/usr/furong-8529 |
| 91 | hdfhae | ebay.com/usr/hdfhae |
| 92 | hope6644 | ebay.com/usr/hope6644 |
| 93 | lefeihua02 | ebay.com/usr/lefeihua02 |
| 94 | liguohu16 | ebay.com/usr/liguohu16 |
| 95 | DISMISSED | DISMISSED |
| 96 | mudghgbs | ebay.com/usr/mudghgbs |
| 97 | neonnodes | ebay.com/usr/neonnodes |
| 98 | np-keriad | ebay.com/usr/keriad |
| 99 | np-wsde34276 | ebay.com/usr/wsde34276 |
| 100 | EXCEPTION | EXCEPTION |
| 101 | shang2-3 | ebay.com/usr/shang2-3 |
| 102 | DISMISSED | DISMISSED |
| 103 | ssgd1968 | ebay.com/usr/ssgd1968 |
| 104 | swkj12223 | ebay.com/usr/swkj12223 |

| O. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 105 | T4576456 | ebay.com/usr/erna-6981 |
| 106 | tfgd89760 | ebay.com/usr/tfgd89760 |
| 107 | ulongxiangji | ebay.com/usr/ulongxiangji |
| 108 | DISMISSED | DISMISSED |
| 109 | yangyangz | ebay.com/usr/yangyangz |
| 110 | yfei07 | ebay.com/usr/yfei07 |
| 111 | youbeixin02 | ebay.com/usr/youbeixin02 |
| 112 | youbeixin05 | www.ebay.com/usr/shenzhenshiyoubeixinkejiyouxiangongsi |
| 113 | Banggood | https://www.usa.banggood.com |
| 114 | DISMISSED | DISMISSED |
| 115 | DISMISSED | DISMISSED |
| 116 | EXCEPTION | EXCEPTION |
| 117 | EXCEPTION | EXCEPTION |
| 118 | DISMISSED | DISMISSED |
| 119 | EXCEPTION | EXCEPTION |
| 120 | DISMISSED | DISMISSED |
| 121 | DISMISSED | DISMISSED |
| 122 | DISMISSED | DISMISSED |
| 123 | EXCEPTION | EXCEPTION |
| 124 | EXCEPTION | EXCEPTION |
| 125 | DISMISSED | DISMISSED |
| 126 | Beautty | walmart.com/reviews/seller/102479038 |
| 127 | BOLANQ | walmart.com/reviews/seller/101252620 |
| 128 | DISMISSED | DISMISSED |
| 129 | DISMISSED | DISMISSED |
| 130 | DISMISSED | DISMISSED |
| 131 | DISMISSED | DISMISSED |
| 132 | linyanshangmao | walmart.com/reviews/seller/102500677 |
| 133 | luosiyuxiayu | walmart.com/reviews/seller/101694856 |
| 134 | luoyangqiushangmao | walmart.com/reviews/seller/102497336 |
| 135 | DISMISSED | DISMISSED |
| 136 | SCQCFW | walmart.com/reviews/seller/102497270 |
| 137 | SHUO XIN | walmart.com/reviews/seller/102501519 |
| 138 | Shuzhi Small Shop | walmart.com/reviews/seller/102514418 |
| 139 | SONSIEN | walmart.com/reviews/seller/101135229 |
| 140 | DISMISSED | DISMISSED |
| 141 | SZ Zepan Co.,ltd | walmart.com/reviews/seller/101229076 |
| 142 | Warm Heart Home | walmart.com/reviews/seller/101632072 |
| 143 | DISMISSED | DISMISSED |
| 144 | zhongshanshidingjimo | walmart.com/reviews/seller/101678087 |
| 145 | caojiannvzhuang | wish.com/merchant/590b3f1c038ae921eaba725b |
| 146 | chenqunyue | wish.com/merchant/5d58c68ccf6503067f311bf5 |
| 147 | dingzhengquan | wish.com/merchant/5d57eccd560eca48d7ed94e5 |

| O. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 148 | DISMISSED | DISMISSED |
| 149 | Tangleidianpu | wish.com/merchant/59dda5c9b90118458241770d |
| 150 | xiangjie32995 | wish.com/merchant/61dfb42c4f3401d1435bb74d |